JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH CHRISTO GOMEZ, | ) | NO. CV 16-7430-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CRUZ, MORENO, McDONNELL, LACURAIN, JULLIFF, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 23, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE